**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

VICTOR PAGAN,

       Plaintiff,

vs.          CASE NO.:

CIRCLE K STORES, INC.,

       Defendant.
_____

## **NOTICE OF REMOVAL**

  Defendant, CIRCLE K STORES, INC., (hereinafter "CIRCLE K"), hereby gives notice of Removal of the above captioned action from the Circuit Court of the Fifth Judicial Circuit, in and for Marion County, Florida, in which this action is now pending, to the United States District Court, Middle District of Florida, Ocala Division, and respectfully represents as follows:

  1. On or about September 2, 2020, a Complaint was served on the Defendant, Circle K. The civil action entitled *VICTOR PAGAN, v. CIRCLE K STORES, INC.,* was commenced in the Circuit Court, Fifth Judicial Circuit, in and for Marion County, Florida, and assigned Case number 2020-CA-1318. This action was filed in the Marion County Circuit Court on August 14, 2020. (A copy of the Complaint, as well as all other materials contained within the underlying State Court file are attached hereto as Exhibit "A").

  2. This action is properly removable pursuant to 28 U.S.C. §1441 and this Notice of Removal is filed within the thirty (30) day statutory period for removal under 28 U.S.C. §1446(b).

  3. There is complete diversity of citizenship between the parties to this cause. Plaintiff is a citizen of the State of Florida. Defendant is a foreign company duly organized

as a corporation under the law of Texas with its principal place of business in Arizona. See Exhibit "B."

6. This is a purported negligence action brought by the Plaintiff against the Defendant. As is expressly referenced in the Complaint, the Plaintiff is seeking damages in excess of $30,000.00. (See Complaint, paragraph 1). Further, Mr. Pagan alleges in the Complaint that he was injured as a result of Defendant's negligent maintenance of its premises, as he slipped and fell due to an "oil spot," and that he has suffered damages including, without limitation;

    a. Permanent physical injury
    b. Pain and suffering
    c. Disability
    d. Loss of the capacity for the enjoyment of life
    e. Loss of earnings or earning ability
    f. Medical expenses
    g. Aggravation of an existing injury

(See Complaint, paragraph 13)

7. In determining the amount in controversy, where "Plaintiff has not pled a specific amount of damages, the removing defendant must prove by a preponderance of the evidence that the amount in controversy exceeds the jurisdictional requirement." Gillinov v. Hillstone Restaurant Group, Inc., 92 F. Supp. 3d 1251, 1253-1254 (S.D. Fla. 2015). The evidence that the Court can rely on is not limited in applying the preponderance of the evidence standard, and a defendant may use "their own affidavits, declarations, or other documentation – provided of course that removal is procedurally proper." Pretka v. Kolter City Plaza, II, Inc., 608 F. 3d 744, 755 (11th Cir. 2010). "The Court may consider a pre-suit demand letter in determining whether the amount in controversy requirement is satisfied." Gillinov v. Hillstone Restaurant Group, Inc., 92 F. Supp.

3d at 1254-1255; *but see* Clifford v. BJ's Wholesale Club, Inc., 2016 LEXIS 147614 (S.D. Fla. 2016). In addition, his claimed need for ongoing medical treatment can be taken into account when determining the amount in controversy. See, La Rocca v. Stahlheber, 676 F.Supp.2d 1347 at 1350 (S.D. Fla. 2009).

8. Mr. Pagan contends that his losses are permanent or continuing in nature. Correspondence, medical records, and bills received to date indicate that Mr. Pagan sustained injuries to his hand, hip, and right ankle which required surgery. He was treated by several doctors for his injuries and will continue to treat for these injuries in the future. To date, Plaintiff's known medical bills total $137,225.75. Before filing his lawsuit, Mr. Pagan submitted a written demand to Circle K for $1,000,000.00. See Exhibit "C." Since plaintiff demanded, pre-suit, in excess of thirteen times the amount required to be in controversy for diversity cases, and alleges further damages into the future, the amount in controversy exceeds the jurisdictional threshold set forth in 28 U.S.C.1332 (a) of $75,000.00, exclusive of interest and costs.

9. Since the Plaintiff and Defendant are citizens of different states and the amount in controversy exceeds $75,000.00, this Court has subject matter jurisdiction based on diversity pursuant to 28 U.S.C §1332. As such, this removal action is proper.

10. Defendant has served the instant Notice of Removal on Plaintiff's counsel. Defendant has also timely filed a Notice of Application for Removal with the Clerk of the Circuit Court of the Fifth Judicial Circuit.

11. Accompanying this Notice of Removal is a Civil Cover Sheet as well as a check for the required filing fee.

**WHEREFORE**, the undersigned Defendant respectfully requests that this action now pending in the Fifth Judicial Circuit in and for Marion County, Florida, be removed from there to

this Honorable Court because of the complete diversity between the parties and the amount in controversy that exceeds $75,000.00.

Dated: October 2, 2020.

/s/ Steven L. Worley
Steven L. Worley
Florida Bar No. 0159719
Marissa de los Reyes
Florida Bar No. 1010899
CARR ALLISON
The Greenleaf and Crosby Building
208 North Laura Street, Suite 1100
Jacksonville, Florida 32202
Telephone: (904) 328-6456
Facsimile: (904) 328-6473
Email: sworley@carrallison.com
Email: mdelosreyes@carrallison.com
Secondary Email: eparker@carrallison.com
Secondary Email: sreid@carrallison.com
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 2, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will provide a notice of electronic filing and a copy of the foregoing to the following:

Christopher J. Hinckley, Esquire
MORGAN & MORGAN, P.A.
1007 E. Silver Springs Blvd.
Ocala, FL 34470
Email: chinckley@forthepeople.com
Email: nlogan@forthepeople.com
*Attorneys for Plaintiff*

/s/ Steven L. Worley
Steven L. Worley
*Attorney for Defendant*
